FILED

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY KEVIN FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0092 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL ORDER

The Court provisionally authorized the filing of the above-captioned action on January 17, 2008. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, although plaintiff has been granted an extension of time and has filed a motion for appointment of counsel, he has not submitted the required trust fund account information. Accordingly, it is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. #2] and "Petition The Court For A [sic] Attorney" are DENIED WITHOUT PREJUDICE. This civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

SO ORDERED.

Date: 4/8/08

Royce C. Lamberth
United States District Judge

